# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 2, 2020

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 15C
New York, New York 10007

> This is the second request for an extension of time within which to consummate a settlement. The Court's prior order reflected that no further extensions would be granted. The application sets forth no reasons why the parties should be relieved from that order. The Court will grant a one-week extension until May 11, 2020. Thereafter, if the parties desire to restore the case to the Court's calendar, they must so move pursuant to Federal Rule of Civil Procedure 60
>
> 5/4/2020   /s/ LEWIS J. LIMAN
> United States District Judge

Re:   Vuppala v. 15 NNA Street LLC, d/b/a Pita Express, NYC, et al.
      Case 1:19-cv-08611-LL-RWL

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-captioned case matter.

On March 6, 2020, an Order of Dismissal was signed by your Honor [D.E. 12] providing Plaintiff's counsel thirty (30) days within not to dismiss this matter, should the settlement not be consummated.

As of this date, the settlement agreement has yet not been consummated. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until June 4, 2020 for extending the dismissal deadline in this case.

The Court is advised that this is the Plaintiff's second request to extend the dismissal deadline in this matter. Thank you for your attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com