```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KIRAN VUPPALA,                                                         :
                                                                       :
                               Plaintiff,                              :
                                                                       :           19-cv-8611 (LJL)
             -v-                                                       :
                                                                       :                ORDER
15 NNA STREET LLC and 15 ANN ST. CORP,                                 :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendants' letter (Dkt. No. 20) will be sealed by the Court.

    The parties are hereby ORDERED to meet and confer in the next two days and are FURTHER ORDERED to submit a redacted letter no later than 6:00 p.m. on May 13, 2020.

    The Clerk of Court is respectfully directed to seal Dkt. No. 20 such that it is viewable only by Court personnel.

SO ORDERED.

Dated: May 11, 2020
      New York, New York

                                     LEWIS J. LIMAN
                             United States District Judge