**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

KIRAN VUPPALA,                                 CASE NO: 1:19-cv-08611-LJL-RWL

       Plaintiff,

vs.

15 NNA STREET LLC, a New York
limited liability company, d/b/a PITA
EXPRESS-NYC, and 15 ANN ST.
CORP., a New York corporation,

       Defendants.
_____/

**<u>NOTICE TO STRIKE D.E. 26</u>**

Plaintiff, KIRAN VUPPALA, by and through his undersigned counsel, B. Bradley Weitz, Esq., hereby files this Notice to Strike [D.E. 26].

Dated: This 12th day of November, 2020.

                                                 Respectfully submitted,

                                                 By: /S/ B. Bradley Weitz          .
                                                        B. Bradley Weitz, Esq.
                                                        THE WEITZ LAW FIRM, P.A.
                                                        Attorney for Plaintiff
                                                        Bank of America Building
                                                        18305 Biscayne Blvd., Suite 214
                                                        Aventura, Florida 33160
                                                        Telephone: (305) 949-7777
                                                        Facsimile: (305) 704-3877
                                                        Email: bbw@weitzfirm.com