**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KIRAN VUPPALA,　　　　　　　　　　　　　CASE NO: 1:19-cv-08611-LJL-RWL

    Plaintiff,

vs.

15 NNA STREET LLC, a New York limited liability company, d/b/a PITA EXPRESS-NYC, and 15 ANN ST. CORP., a New York corporation,

    Defendants.
_____/

## **AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    The Plaintiff, KIRAN VUPPALA, (hereinafter the "Plaintiff"), by and through her undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntary dismisses 15 NNA STREET LLC, a New York limited liability company, d/b/a PITA EXPRESS-NYC, and 15 ANN ST. CORP., a New York corporation, with prejudice in this action.

    Dated: This 12th day of November, 2020.

                                                Respectfully submitted,

                                                By: /S/ B. Bradley Weitz
                                                     B. Bradley Weitz, Esq. (BW 9365)
                                                     THE WEITZ LAW FIRM, P.A.
                                                     Attorney for Plaintiff
                                                     Bank of America Building
                                                     18305 Biscayne Blvd., Suite 214
                                                     Aventura, Florida 33160
                                                     Telephone: (305) 949-7777
                                                     Facsimile: (305) 704-3877
                                                     Email: bbw@weitzfirm.com